1  BRUCE A. KILDAY, ESQ., SB No. 066415
      Email: bkilday@akk-law.com
2  CARRIE A. FREDERICKSON, ESQ., SB No. 245199
      Email: cfrederickson@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
   Attorneys for Defendants
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER REXIUS | Case No.: 11-CV-1356 JAM JFM (PS) |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |
| vs. | |
| CITY OF CITRUS HEIGHTS; Citrus Heights Police Officer DAVE GUTIERREZ (Badge #213); Citrus Heights Police Officer JAMES GARING (Badge #281); Citrus Heights Police Officer NATHAN CULVER (Badge #255); Citrus Heights Police Officer MIKE COLTHARP (Badge #222); Citrus Heights Police Sergeant, RICH WHEATON (Badge #114), and DOES 1-10, inclusive, | |
| Defendants. | |

   The parties hereby stipulate that this matter shall be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.


 Dated: January  19, 2012

                                                           */s/ Peter Rexius*
                                                          PETER REXIUS
                                                          Plaintiff Pro Se

-1-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER

| | |
|---|---|
| Dated: January 18, 2012 | ANGELO, KILDAY & KILDUFF, LLP |
| | */s/ Carrie Frederickson* |
| | By:_____ |
| | BRUCE A. KILDAY |
| | CARRIE A. FREDERICKSON |
| | Attorneys for Defendants |

## **ORDER**

IT IS SO ORDERED.

Dated:  1/19/2012                    /s/ John A. Mendez_____
                                                      JOHN A. MENDEZ
                                                      Judge of the U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com