| | |
|---|---|
| 1 | BRUCE A. KILDAY, ESQ., SB No. 066415 |
|   | Email: bkilday@akk-law.com |
| 2 | CARRIE A. FREDERICKSON, ESQ., SB No. 245199 |
| 3 | Email: cfrederickson@akk-law.com |
|   | **ANGELO, KILDAY & KILDUFF, LLP** |
| 4 | Attorneys at Law |
|   | 601 University Avenue, Suite 150 |
| 5 | Sacramento, CA  95825 |
| 6 | Telephone:  (916) 564-6100 |
|   | Telecopier:  (916) 564-6263 |

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER REXIUS, | Case No.: 11-CV-1356 JAM JFM (PS) |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |
| vs. | |
| CITY OF CITRUS HEIGHTS; Citrus Heights Police Officer DAVE GUTIERREZ (Badge #213); Citrus Heights Police Officer JAMES GARING (Badge #281; Citrus Heights Police Officer NATHAN CULVER (Badge #255); Citrus Heights Police Officer MIKE COLTHARP (Badge #222); Citrus Heights Police Sergeant, RICH WHEATON (Badge #114), and DOES 1-10, inclusive, | |
| Defendants. | |

The parties hereby stipulate that this matter shall be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.

Dated: January  19, 2012

       */s/ Peter Rexius*
       PETER REXIUS
       Plaintiff Pro Se

-1-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: January 18, 2012 | ANGELO, KILDAY & KILDUFF, LLP |
| | */s/ Carrie Frederickson* |
| | By:_____ |
| | BRUCE A. KILDAY |
| | CARRIE A. FREDERICKSON |
| | Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  1/19/2012 | /s/ John A. Mendez_____ |
| | JOHN A. MENDEZ |
| | Judge of the U.S. District Court |

PDF created with pdfFactory trial version www.pdffactory.com